## Henry Warner et al., Appellants, v. Sylvester Wagner et al., Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Shelby county; the Hon. THOMAS M. JETT, Judge, presiding. Heard in this court at the October term, 1915. Appeal dismissed. Opinion filed April 21, 1916.

### Statement of the Case.

Bill for an injunction by Henry Warner *et al.*, complainants, against Sylvester Wagner *et al.*, defend-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ants. From an interlocutory order dissolving a temporary injunction, the complainants appeal.

WHITAKER, WARD & PUGH, for appellants.

A. J. STEIDLEY, for appellees; J. C. WILLARD, of counsel.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 309*—*when appeal does not lie from interlocutory order.* An interlocutory order dissolving a temporary injunction, without an order dismissing the bill, is not appealable.